**Opinion issued August 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00636-CR**

**NO. 01-25-00637-CR**

———————————

**IN RE REUBEN ANTONIO HERNANDEZ, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Reuben Antonio Hernandez, incarcerated and proceeding pro se, filed a petition for a writ of mandamus in each of his underlying trial court causes, asserting that the trial court had violated its ministerial duty to rule on a "substantive habeas application," among other alleged errors. Relator's petition requested that this Court "[d]ismiss all pending charges against [relator] with prejudice, on grounds of egregious and irremediable prejudice resulting from repeated violations of

constitutional rights, judicial bias, willful State misconduct, and late disclosure of exculpatory evidence."[1]

Our review of Hernandez's mandamus petition reflects that he has failed to establish that he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7, 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Accordingly, we deny Hernandez's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying cases are *The State of Texas v. Reuben Antonio Hernandez*, Cause Nos. 24-06-19183, 24-06-19184, in the 506th District Court of Waller County, Texas, the Honorable Gary W. Chaney presiding.